IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PEOPLE OF THE CITY OF ALTON; MADISON COUNTY; STATE OF ILLINOIS; and UNITED STATES OF AMERICA "OFFICIALS," | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 10-CV-0232-MJR-PMF |
| v. | ) ) | |
| PAUL SCHNEIDER, | ) ) | |
| Defendant. | ) | |

## ORDER

**REAGAN, District Judge:**

Paul Schneider, supposedly the defendant in several cases before the Illinois Circuit Court for Madison County, removed his cases to this Court on March 29, 2010. Unfortunately, his notice of removal (Doc. 1) was written in such a way that the Court cannot tell whether it has subject-matter jurisdiction over his cases. He cannot remove those cases to this Court unless the Court could have heard the case to begin with, 28 U.S.C. § 1441 (2006), meaning that, for instance, the complaint in the case presents a cause of action under federal law, *id.* § 1331, or the parties have diverse citizenship and the amount in controversy is greater than $75,000, *id.* § 1332. He also has not filed the complaints from the state court actions in this Court, which, if present, would enable the Court to determine whether (1) Schneider is a defendant as he claims and (2) whether the Court could have heard the cases to begin with if they were filed here initially.

Accordingly, the Court questions the presence of subject-matter jurisdiction. Schneider is **DIRECTED** to amend his notice of removal to allege a sufficient basis for subject-matter jurisdiction. He is also **DIRECTED** to file in this case the complaints from the Madison County

actions. He has until April 30, 2010 to comply with this order. Failure to comply will result in the case being **REMANDED** for lack of jurisdiction.

    **IT IS SO ORDERED.**

    **DATED April 2, 2010.**

    s/ Michael J. Reagan
    **MICHAEL J. REAGAN**
    **United States District Judge**